## Guillermo MARTINEZ RODRIGUEZ, Petitioner,

v.

## Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 08–70286.

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 2, 2010.

Carlos Alfredo Cruz, Esquire, Law Offices of Carlos A. Cruz, Alhambra, CA, for Petitioner.

Jacob Bashyrov, Esquire, Francis William Fraser, I, Esquire, Senior Litigation Counsel, OIL, Daniel Shieh, Esquire, Trial, U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

### MEMORANDUM **

Guillermo Martinez Rodriguez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

an immigration judge's ("IJ") order granting him voluntary departure. We have jurisdiction under 8 U.S.C. § 1252. We review de novo claims of due process violations in immigration proceedings. *Colmenar v. INS,* 210 F.3d 967, 971 (9th Cir. 2000). We deny the petition for review.

We agree with the BIA's conclusion that Martinez Rodriguez failed to demonstrate prejudice from the IJ's refusal to consider additional evidence of hardship, and his due process claim therefore fails. *See id.* (requiring prejudice to prevail on a due process challenge).

In light of our disposition, we do not consider Martinez Rodriguez's remaining contentions.

**PETITION FOR REVIEW DENIED.**